THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LAWRENCE A. JONES, Defendant-Appellant.

(No. 60157;

First District (1st Division)—December 16, 1974.

PER CURIAM.

Paul Bradley and Brenda Richey, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.

RICHARD ALAN LONG, Plaintiff-Appellee, *v.* DUGGAN-KARASIK CONSTRUCTION COMPANY, Defendant.—(BITUMINOUS CASUALTY CORPORATION, Garnishee-Appellant.)

(No. 58502;

First District (2nd Division)—December 17, 1974.